**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 6th day of August, 2020.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF KANSAS

In re:  ) Case No. 18-21028-13
    Roberta L. Davis,  )
                     Debtor(s)  )

### ORDER GRANTING MOTION TO SUSPEND PAYMENTS/APPROVE FEES

The above matter comes for decision on the Debtor's Motion to Suspend Plan Payments and Approve Fees. After appropriate review the Court finds as follows:

1. Debtor filed a Motion to Suspend Plan Payments in the amount of $3,030.00.

2. Notice of With Opportunity for Non-Evidentiary Hearing was properly given and no response was filed.

3. Debtor's motion requesting suspension of plan payments in the amount of $3,030.00 is granted.

4. The request by Debtor's Attorney for additional fees of $300.00 for filing this motion and work performed on this case is approved and granted.

IT IS SO ORDERED.

# # #

Prepared and Submitted by:

/s/Michael J. McVay
Michael J. McVay, #17339
753 State Avenue, Ste. 388
Kansas City, KS 66101
Phone (913) 281-6605/FAX 281-6602

Approved by:

/s/ William H. Griffin
William H. Griffin, Chapter 13 Trustee
5115 Roe Blvd., Ste. 200
Roeland Park KS 66205-2393
Phone (913) 677-1311